**Kirtis LEWIS, Movant/Appellant,**

v.

**STATE of Missouri,
Respondent/Respondent.**

**No. ED 102548**

Missouri Court of Appeals,
Eastern District,
*DIVISION FOUR.*

Filed: December 8, 2015

Motion for Rehearing and/or Transfer
to Supreme Court Denied
February 11, 2016

Application for Transfer Denied
May 3, 2016

Kevin B. Gau, 1010 Market Street, Suite 1100, St. Louis, MO 63101, for Movant/Appellant.

Shaun J. Mackelprang, P.O. Box 899, Jefferson City, MO 65102, for Respondent/Respondent.

Before Lisa S. Van Amburg, C.J., Sherri B. Sullivan, J., and Kurt S. Odenwald, J.

## ORDER

PER CURIAM.

Kirtis Lewis appeals from the motion court's judgment denying his Rule 24.035 [1] motion for post-conviction relief without an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and conclude the findings and conclusions of the motion court are not clearly erroneous. *Brooks v. State*, 242 S.W.3d 705, 708 (Mo.banc 2008). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).